[No. 24797-6-II.   Division Two.   November 3, 2000.]

*In the Matter of the Custody of* B.D.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-3-00499-1, Brian M. Tollefson, J., entered May 14, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Houghton and Wang, JJ.

[No. 23163-8-II.   Division Two.   November 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAUDE ALLEN PRICE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-1-02186-7, Wm. Thomas McPhee, J., entered April 9, 1998. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Hunt, J. Now published at 103 Wn. App. 845.

[No. 24347-4-II.   Division Two.   November 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EARL LAWHEAD, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-1-01941-7, Robert L. Harris, J., entered February 3, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 45823-0-I.   Division One.   November 6, 2000.]

CONCRETE CORING COMPANY, *Respondent*, v. LUMPKIN, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-21653-9, Patricia H. Clark, J., entered December 8, 1999. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker, A.C.J., and Cox, J.